IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMADOR PASCUAL SANTOS EDMUNDO, | * | |
| | * | |
| Petitioner, | * | |
| | * | Civil Action No. GLR-26-653 |
| v. | * | |
| | * | |
| KRISTI NOEM, et al., | * | |
| | * | |
| Respondents. | * | |
| | *** | |

# ORDER

The Court is in receipt of the Parties' Joint Notice filed February 23, 2026 (ECF No. 6). The Parties advise that the factual and legal issues in this case do not differ materially from those in Machado-Meza v. Bondi, et al., No. TDC-26-424 (D.Md. 2026); Shemondi Meles v. Noem, et al., PX-25-4302 (D.Md. 2026); and Carmen Ruiz v. Bondi, et al., No. DLB-26-417 (D.Md. 2026). (Joint Notice at 1–2, ECF No. 6)

In Machado-Meza, Shemondi Meles, and Carmen Ruiz, the habeas petitions concerned whether a noncitizen who is present in the United States without inspection or admission is subject to detention under 8 U.S.C. § 1226(a), during the pendency of petitioner's administrative removal proceedings. Pet. Writ Habeas Corpus ¶¶ 26–30, Machado-Meza v. Bondi, No. TDC-26-0424 (D.Md. Jan. 2, 2026) (ECF No. 1); Pet. Writ Habeas Corpus ¶¶ 11–22, Shemondi Meles v. Noem et al., No. PX-25-4302 (D.Md Jan. 2, 2026) (ECF No. 1); Pet. Writ Habeas Corpus ¶¶ 12–32, Carmen Ruiz v. Bondi, et al., No. DLB-26-417 (D.Md. 2026) (ECF No. 1).

Respondents Kristi Noem, Pam Bondi, Todd Lyons, and Vernon Liggins ask to incorporate their briefings in those cases in lieu of further briefing. (Joint Notice at 2). The Parties also request that the Court decide this case without a hearing. (Id.).

The Court finds that the facts and legal issues of this case are not materially different from those presented in Machado-Meza, Shemondi Meles, and Carmen Ruiz, and will not require further briefing from the Parties. The Court incorporates by reference the analyses in those cases and based on the reasonings therein, will grant Petitioner Amador Pascual Santos Edmundo's Petition for Writ of Habeas Corpus (ECF No. 1). Accordingly, it is this 24th day of February, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that Amador Pascual Santos Edmundo's Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED in that:

1. Respondents are ENJOINED from detaining Santos Edmundo under 8 U.S.C. § 1225(b).

2. Santos Edmundo shall be AFFORDED a bond hearing before an Immigration Judge ("IJ") under 8 U.S.C. § 1226(a) within ten (10) days of the date of this Order; the bond hearing need not take place in Maryland.

3. The bond hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.l, 1003.19, and 1236.l, and Respondents shall PROVIDE Santos Edmundo with any other process due to him under these provisions.

4. Santos Edmundo shall FILE a status report with the Court if no bond hearing is held within ten (10) days of the date of this Order. If a bond hearing is held,

the Parties shall file a Status Report with the Court as soon as possible, and not later than seven (7) days after the hearing, reporting the results and compliance with this Court's Order.

IT IS FURTHER ORDERED that Santos Edmundo's Petition (ECF No. 1) is DENIED as to any further relief he seeks at this time;

IT IS FURTHER ORDERED that the Court shall RETAIN jurisdiction of this matter to enforce compliance with this Order; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this order to all counsel of record.

_____/s/_____

George L. Russell, III
Chief United States District Judge